```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PHILIP NARDUCCI              )    Civil Action
                             )
         v.                  )
                             )
THE CITY OF PHILADELPHIA     )    No. 02-3754

**ORDER**

**AND NOW,** this      day of July, 2002, upon consideration of Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 2), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Amended Complaint, attached to Plaintiff's Motion, is filed herewith.[1]

                                   BY THE COURT:


                                   _____
                                   John R. Padova, J.

---

[1] The Court's docket reflects that no responsive pleading has been filed in this action.  "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served ..."  Fed. R. Civ. P. 15(a).