IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILIP NARDUCCI                          :        CIVIL ACTION
                                         :
            V.                           :
                                         :
THE PHILADELPHIA CITY                    :
POLICE DEPARTMENT                        :        NO.  02-3754

O R D E R

_____AND NOW,  this 21st day of August, 2002, IT IS HEREBY ORDERED that

Defendant shall take the oral deposition of Plaintiff on or before September 23, 2002, and shall

file the deposition transcript with the Clerk of Court.


                              BY THE COURT:


                              _____
                              JOHN R. PADOVA,          J.