```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PHILIP NARDUCCI                )    Civil Action
                               )
       v.                      )
                               )
THE CITY OF PHILADELPHIA       )    No. 02-3754
```

**ORDER**

      **AND NOW,** this 3rd day of September, 2002, **IT IS HEREBY ORDERED** that the Court's Order dated August 21, 2002[1] is **STAYED** pending consideration of Defendant's Motion to Dismiss.

BY THE COURT:

_____
John R. Padova, J.

---

[1] The Court ordered Defendant to take the oral deposition of Plaintiff and to file the deposition transcript with the Clerk of Court.